# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DESTINIE WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>STAR PROTECTION AGENCY, LLC,<br><br>    Defendant. | Case No. 2:24-cv-00321-JAD-NJK<br><br>**Order** |

    Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Both parties have failed to do so. Accordingly, each party must file its certificate of interested parties no later than February 26, 2024.

    IT IS SO ORDERED.

    Dated: February 21, 2024

                                                                     _____<br>
                                                                    Nancy J. Koppe<br>
                                                                    United States Magistrate Judge