# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Destinie Williams,<br><br>        Plaintiff,<br><br>v.<br><br>Star Protection Agency, LLC,<br><br>        Defendant. | Case No. 2:24-cv-00321-JAD-NJK<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br>[Docket No. 6] |

This matter comes before the Court pursuant to the *Stipulation for Extension of Time to Respond to Complaint* (the "Stipulation"). For good cause shown,

IT IS HEREBY ORDERED:

1. The Stipulation is GRANTED. Docket No. 6.
2. The deadline for Defendant Star Protection Agency, LLC to answer or otherwise respond to Plaintiff's *Complaint* is extended to March 23, 2024.

Dated: February 26, 2024

                                                          Nancy J. Koppe
                                                          United States Magistrate Judge