# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DESTINIE WILLIAMS,<br><br>    Plaintiff(s),<br><br>v.<br><br>STAR PROTECTION AGENCY, LLC,<br><br>    Defendant(s). | Case No. 2:24-cv-00321-JAD-NJK<br><br>**Order**<br><br>[Docket Nos. 17, 18] |

Pending before the Court are Defendant's notices of service of initial disclosures and discovery requests. Docket Nos. 17, 18. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced documents, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: April 29, 2024

                                                        _____
                                                        Nancy J. Koppe
                                                        United States Magistrate Judge