1  Daniel R. Watkins, Esq.
   Nevada State Bar No. 11881
2  dw@wl-llp.com
   WATKINS & LETOFSKY, LLP
3  8935 S. Pecos Rd., Ste. 22A
4  Henderson, Nevada 89074
   Office:(702) 901-7553; Fax: (702) 974-1297
5  Attorneys for Plaintiff, Destinie Williams

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DESTINIE WILLIAMS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>STAR PROTECTION AGENCY, LLC<br><br>Defendant. | Case No.: 2:24-cv-00321-JAD-NJK<br><br>**STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION**<br><br>**[FIRST REQUEST]** |

Plaintiff DESTINIE WILLIAMS ("Plaintiff") and Defendant STAR PROTECTION AGENCY, LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to continue the date of the Early Neutral Evaluation ("ENE") currently set for May 10, 2024.

The Parties submit this request for a continuance because Plaintiff's Counsel has been engaged in a trial that is expected to end May 13th. The parties have conferred and are available on the following dates for the continued ENE: June 25th, July 9th, July 10th, July 24th, July 25th.

This is the first request for a continuance of the ENE. This request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated this 2nd day of May 2024. | Dated this 2nd day of May 2024. |
| WATKINS & LETOFSKY, LLP. | GORDON REES SCULLY MANSUKHANI, LLP |
| /s/ Daniel R. Watkins | /s/ Lori N. Brown |
| By:_____ | By:_____ |
| Daniel R. Watkins, Esq. | Lori Brown, Esq. |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| *Destinie Williams* | *Star Protection Agency, LLC* |

IT IS THEREFORE ORDERED that the Early Neutral Evaluation set for Friday, May 10, 2024 at 10:00 a.m. is VACATED and RESET for Wednesday, July 10, 2024 at 10:00 a.m.

IT IS FURTHER ORDERED that the written evaluation statements are due by 4:00 p.m. on Wednesday, July 3, 2024.

IT IS FURTHER ORDERED that all other provisions of the Court's order (ECF No. 9) shall remain in effect.

**IT IS SO ORDERED.**

Dated: May 3, 2024 , 2024.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE