Lori N. Brown, Esq.
Nevada Bar No. 8858
**GORDON REES SCULLY MANSUKHANI, LLP**
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004
Telephone: (602) 794-3651
Facsimile: (602) 265-4716
Email: lbrown@grsm.com

*Attorney for Defendant Star Protection Agency, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Destinie Williams,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>Star Protection Agency, LLC,<br><br>　　　　　　　　Defendants. | CASE NO. 2:24-cv-00321-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>[ECF No. 29] |

　　Plaintiff Destinie Williams and Defendant Star Protection Agency, LLC, by and through undersigned counsel, hereby stipulate to dismiss this entire action with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 25th day of July, 2024.

| **GORDON REES SCULLY MANSUKHANI, LLP** | **WATKINS & LETOFSKY, LLP** |
|---|---|
| */s/ Lori N. Brown*<br>Lori N. Brown<br>*Attorney for Defendant Star Protection Agency, LLC* | */s/ Daniel R. Watkins*<br>Daniel R. Watkins<br>*Attorney for Plaintiff* |

-1-

## ORDER

Based on the parties' stipulation and with good cause appearing, this case is dismissed with prejudice with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 26, 2024